Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-462

**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 06, 2024

---

## Title

**Title of Work:** "Tucson" collection - 495 Turquoise

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 02, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth's Studio LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth's Studio LLC
440 South Main Street, suite 3, Milltown, NJ, 08850, United States

## Rights and Permissions

**Organization Name:** Elizabeth's Studio LLC
**Name:** Elizabeth Shnayder
**Email:** eshnayder@elizabethsstudio.com
**Address:** 440 South Main Street
suite 3
Milltown, NJ 08850 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-406-345

**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 05, 2024

---

## Title _____

**Title of Work:** "Native Spirit" collection - 530 Turquoise

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** June 27, 2016
**Nation of 1st Publication:** United States

## Author _____

**Author:** Elizabeth's Studio LLC
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Elizabeth's Studio LLC
440 South Main Street, suite 3, Milltown, NJ, 08850, United States

## Rights and Permissions _____

**Organization Name:** Elizabeth's Studio LLC
**Name:** Elizabeth Shnayder
**Email:** eshnayder@elizabethsstudio.com
**Address:** 440 South Main Street
suite 3
Milltown, NJ 08850 United States

## Certification _____

